UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

BLUE RIDGE FARMS, INC.,

                Plaintiff,

      -against-

CROWN EQUIPMENT CORP. and
CROWN CREDIT CORP.,

                Defendants.
---------------------------------------------------------X

01 CV 8460 (SJ)
<u>ORDER</u>

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
APR 25 2005
TIME A.M. P.M. _____

APPEARANCES:

GLENN BACKER, ESQ.
292 Madison Avenue, 22nd Floor
New York, New York 10017
Attorney for Plaintiff

BAINTON MCCARTHY, LLC
26 Broadway
New York, New York 10004-1840
By:   John Gerard McCarthy, J. Joseph Bainton
Attorneys for Defendants

JOHNSON, Senior District Judge:

      Defendant Crown's Motion for an Order of Attachment is GRANTED. It is

therefore:

          ORDERED that any United States Marshall or any Sheriff of the State of

New York, including the Sheriff of Kings County, levy upon those assets of

Plaintiff Blue Ridge totaling $346,215.18 that are presently being held pursuant

1

to this Court's Stipulation and Order dated February 18, 2005 and turn them over to Crown's attorneys Bainton McCarthy LLC, 26 Broadway, New York, NY 10004; and it is further

ORDERED that Bainton McCarthy shall hold such assets turned over to it pending further order of this Court except as set forth in the next paragraph; and it is further

ORDERED that if Blue Ridge does not post with the Clerk of this Court a supersedeas bond in accordance with the provisions of Federal Rule of Civil Procedure 62 by, on or before ten (10) days from the date this Order is entered into the record, Bainton McCarthy shall turn over to Crown so much of that property of Blue Ridge levied upon pursuant to this Order as will satisfy in full this Court's Amended Judgment in the amount of $346,215.18, together with interest accrued thereon; and it is further

ORDERED that Crown shall file with the Clerk of Court an attachment bond in the sum of $25,000 by, on or before ten (10) days from the date this Order is entered into the record.

SO ORDERED.

Dated: Brooklyn, New York
April 18, 2005

s/SJ
_____
Senior U.S.D.J.

P-049